**Fill in this information to identify the case:**

Debtor name    **Oxford University Club, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **18-14993**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 19, 2019**          X /s/ Jorja Lynn
                                              Signature of individual signing on behalf of debtor

                                              **Jorja Lynn**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Oxford University Club, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **18-14993**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $      **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $      **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **393,670.12**

4. Total liabilities ..............................................................................................................
   Lines 2 + 3a + 3b

   $      **393,670.12**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oxford University Club, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **18-14993**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
    | --- | --- | --- | --- | --- | --- |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$0.00**

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Oxford University Club, LLC** | Case number *(If known)* **18-14993** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Oxford University Club, LLC** | Case number *(If known)* **18-14993** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Oxford University Club, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **18-14993**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oxford University Club, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **18-14993**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Connie Braseth** | **Unknown** | **Unknown** |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**wages** |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |
| 2.2 | Priority creditor's name and mailing address<br>**MS Dept. of Revenue**<br>**Bankruptcy Section**<br>**P O Box 22808**<br>**Jackson, MS 39225-2808** | **Unknown** | **Unknown** |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**withholding taxes** |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    36503                    Best Case Bankruptcy

| Debtor | **Oxford University Club, LLC** | Case number (if known) | **18-14993** |
|--------|----------------------------------|-------------------------|--------------|
|        | Name |                         |              |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---|---|---|---|

**Shelly Beard**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---|---|---|---|

**Trisha Farrah**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,014.93** |
|-----|---|---|---|

**AmeriPride**
**800 Vance Ave**
**Memphis, TN 38126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$746.86** |
|-----|---|---|---|

**Armor Fire & Safety, Inc.**
**277 Hwy 315 E**
**Water Valley, MS 38965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.31** |
|-----|---|---|---|

**AT&T Uverse**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Oxford University Club, LLC** | | Case number (if known) | **18-14993** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,051.88** |
|---|---|---|---|
| | **Bank of America**<br>NC4-105-03-14<br>**4161 Peidmont Parkway**<br>**Greensboro, NC 27410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **credit card purchases** | |
| | Last 4 digits of account number  **2832** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Celtic Bank**<br>**268 S State St Ste 300**<br>**Salt Lake City, UT 84111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$281.07** |
|---|---|---|---|
| | **Centerpoint Energy**<br>**P.O. Box 4981**<br>**Houston, TX 77210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,262.38** |
|---|---|---|---|
| | **City of Oxford Electric Dept**<br>**PO Box 965**<br>**Oxford, MS 38655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **utitlity services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,867.47** |
|---|---|---|---|
| | **Dell Financial**<br>**P. O. Box 6403**<br>**Carol Stream, IL 60197-6403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,985.62** |
|---|---|---|---|
| | **Evans Meats**<br>**PO Box 12164**<br>**Birmingham, AL 35202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.75** |
|---|---|---|---|
| | **Freeman Jetting Services, Inc.**<br>**706 Savannah**<br>**Oxford, MS 38655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* | **18-14993** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lafayette Co Tax Collector**
**300 N Lamar, Ste 103**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **personal property taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,746.50** |
|---|---|---|---|

**Liberty Mutual Insurance**
**PO Box 2051**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **insurance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.90** |
|---|---|---|---|

**Magnolia Rental & Sales, Inc.**
**397 Hwy 6 West**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,515.80** |
|---|---|---|---|

**Maxx South**
**105 Allison Cove**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merchant Services**
**PO Box 6010**
**Hagerstown, MD 21741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.43** |
|---|---|---|---|

**MS Dept of Employment Security**
**Attn: Legal Department**
**P O BOX 1699**
**Jackson, MS 39215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **taxes**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.00** |
|---|---|---|---|

**Oxford Alarm & Communication**
**179 Hwy 6 East**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* | **18-14993** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.77** |
|---|---|---|---|

**Oxford Floral Co.**
**1103 Jefferson Ave**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **open account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oxford Square North, LLC**
**265 North Lamar**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **breech of lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.28** |
|---|---|---|---|

**Payliance**
**2 Easton Oval Ste. 310**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **NSF Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.37** |
|---|---|---|---|

**Prestox**
**PO Box 13848**
**Reading, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Renasant Bank**
**Collection Recovery Dept**
**P.O. Box 4140**
**Tupelo, MS 38803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **deficiency after sale of collateral**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,525.99** |
|---|---|---|---|

**RJ Young Company**
**PO Box 415000**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **open account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,407.05** |
|---|---|---|---|

**SimplexGrinnell**
**Dept CH 10320**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oxford University Club, LLC** | Case number (if known) | **18-14993** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.76 |
|---|---|---|---|

**Sneed's Ace Hardware**
**1400 University Avenue**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  open account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Sysco Memphis, LLC**
**4359 B.F. Goodrich, Blvd**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  open account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**US Small Bus. Adm.**
**MS District Office**
**210 E Capitol, Ste 900**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Matthew M. Moore, Esq.**<br>**P.O. Box 913**<br>**Oxford, MS 38655** | Line  3.22<br><br>☐ Not listed. Explain | _ |
| 4.2 | **Mendelson Law Firm**<br>**c/o Brie Wallace, Esq.**<br>**P.O. Box 17235**<br>**Memphis, TN 38187** | Line  3.26<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Sunrise Credit Services, Inc.**<br>**P.O. Box 9100**<br>**Farmingdale, NY 11735** | Line  3.3<br><br>☐ Not listed. Explain | _ |
| 4.4 | **US Atty, ND of MS**<br>**(representing SBA)**<br>**900 Jefferson Ave.**<br>**Oxford, MS 38655** | Line  3.5<br><br>☐ Not listed. Explain | _ |
| 4.5 | **US Atty, ND of MS**<br>**(representing SBA)**<br>**900 Jefferson Ave.**<br>**Oxford, MS 38655** | Line  3.27<br><br>☐ Not listed. Explain | _ |
| 4.6 | **US Small Bus. Adm.**<br>**MS District Office**<br>**210 E Capitol, Ste 900**<br>**Jackson, MS 39201** | Line  3.5<br><br>☐ Not listed. Explain | _ |

---

| Debtor | **Oxford University Club, LLC** | Case number (if known) | **18-14993** |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7 **Valentine & Kebartas, Inc** P.O. Box 325 Lawrence, MA 01842 | Line  **3.8**  ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 393,670.12 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 393,670.12 |

**Fill in this information to identify the case:**

Debtor name **Oxford University Club, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **18-14993**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Oxford University Club, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **18-14993**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Estate of Michael Lynn, III** | c/o Joel J Henderson, Esq. P O Box 778 Greenville, MS 38702-0778 | **Bank of America** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2 | **Estate of Michael Lynn, III** | c/o Joel J Henderson, Esq. P O Box 778 Greenville, MS 38702-0778 | **Celtic Bank** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.3 | **Jorja Lynn** | P O Box 4421 Glendale, CA 91222 | **MS Dept. of Revenue** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.4 | **Jorja Lynn** | P O Box 4421 Glendale, CA 91222 | **AmeriPride** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.5 | **Jorja Lynn** | P O Box 4421 Glendale, CA 91222 | **Armor Fire & Safety, Inc.** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* | **18-14993** |
|---|---|---|---|

█  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **AT&T Uverse** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Bank of America** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.8 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Celtic Bank** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.9 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Centerpoint Energy** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.10 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **City of Oxford Electric Dept** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.11 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Dell Financial** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.12 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Evans Meats** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.13 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Freeman Jetting Services, Inc.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* | **18-14993** |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Liberty Mutual Insurance** | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.15 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Magnolia Rental & Sales, Inc.** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.16 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Maxx South** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.17 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Merchant Services** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.18 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **MS Dept of Employment Security** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.19 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Oxford Alarm & Communication** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.20 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Oxford Floral Co.** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.21 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Oxford Square North, LLC** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

---

Schedule H: Your Codebtors

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* | **18-14993** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Payliance** | ☐ D _____<br>▮ E/F __3.20__<br>☐ G _____ |
| 2.23 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Prestox** | ☐ D _____<br>▮ E/F __3.21__<br>☐ G _____ |
| 2.24 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Renasant Bank** | ☐ D _____<br>▮ E/F __3.22__<br>☐ G _____ |
| 2.25 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **RJ Young Company** | ☐ D _____<br>▮ E/F __3.23__<br>☐ G _____ |
| 2.26 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **SimplexGrinnell** | ☐ D _____<br>▮ E/F __3.24__<br>☐ G _____ |
| 2.27 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Sneed's Ace Hardware** | ☐ D _____<br>▮ E/F __3.25__<br>☐ G _____ |
| 2.28 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **Sysco Memphis, LLC** | ☐ D _____<br>▮ E/F __3.26__<br>☐ G _____ |
| 2.29 **Jorja Lynn** | P O Box 4421<br>Glendale, CA 91222 | **US Small Bus. Adm.** | ☐ D _____<br>▮ E/F __3.27__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Oxford University Club, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **18-14993**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Oxford University Club, LLC**                                    Case number *(if known)* **18-14993**

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Renasant Bank**<br>**Collection Recovery Dept**<br>**P.O. Box 4140**<br>**Tupelo, MS 38803** | **all equipment, furniture, fixtures and accounts receivables** | 03/2017 | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 3:</strong>    Legal Actions or Assignments</td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SYSCO Corporation v. Oxford University Club, LLC** | **collection suit** | **Circuit Court Lafayette County, MS**<br>**1 Courthouse Sq, Ste 101**<br>**Oxford, MS 38655** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Rensant Bank v. Oxford University Club, LLC & Jorja S. Lynn**<br>**L18-447** | **collection suit** | **Circuit Court Lafayette County, MS**<br>**1 Courthouse Sq, Ste 101**<br>**Oxford, MS 38655** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td colspan="2"><strong>Part 4:</strong>    Certain Gifts and Charitable Contributions</td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 5:</strong>    Certain Losses</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Oxford University Club, LLC** | Case number *(if known)* **18-14993** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gambrell & Associates, PLLC**<br>**101 Ricky D Britt Sr Blvd., Ste 3**<br>**Oxford, MS 38655** | | **01/15/2018** | **$835.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Jorja Lynn** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **517 North 11th Street**<br>**Oxford, MS 38655** | **1999 through 07/2017** |

**Part 8:**   Health Care Bankruptcies

Debtor    **Oxford University Club, LLC**                                       Case number *(if known)* **18-14993**

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **Oxford University Club, LLC**                                                Case number *(if known)*  **18-14993**

not list leased or rented property.

■ None

<div style="background:black;color:white">**Part 12:**</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

<div style="background:black;color:white">**Part 13:**</div> **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Patricia Farrar**<br>**address unknown** | |

Debtor    **Oxford University Club, LLC**                                           Case number *(if known)*  **18-14993**

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **see tax returns for this info** | |

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorja Lynn | P O Box 4421 Glendale, CA 91222 | managing member | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Michael Lynn, III | c/o Joel J Henderson, Esq. P O Box 778 Greenville, MS 38702-0778 | member | 80% interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Debtor | **Oxford University Club, LLC** | | Case number *(if known)*  **18-14993** |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 19, 2019**

**/s/ Jorja Lynn**
Signature of individual signing on behalf of the debtor

**Jorja Lynn**
Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Oxford University Club, LLC**                                               Case No.    **18-14993**
                                                    Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **500.00** |
| Prior to the filing of this statement I have received | $ | **500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning;  preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; obtaining return of garnished funds, if necessary; tax discharge issues, if settled without litigation. (Note: if the item mentioned above was not contemplated by the parties as needing to be done at the time the contract was signed, additional charges may be added for that item)**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, redemptions under 11 USC §722, relief from stay actions, and any other contested or adversary proceeding; filing of amendments as a result of information which were not provided to counsel prior to the filing of the schedules; and reopening or reinstating the case after dismissal or closing; attendance at rescheduled meetings of creditors; representation in any matters which are included, if the matter becomes contested; representation of the debtor in asset cases in negotiations with the trustee for the debtor to purchase any non-exempt assets. The hourly fee for these items is $250.00 per hour for atty time and $85.00 per hour for paralegal time.**

        **Actions in behalf of Debtor to recover preferential payments to judgment creditor on garnished funds shall be on contingent fee basis, with expenses of action being paid first, the 40% of the remaining recovery shall be retained as the fee for collection of said actions.  The same contingent fee arrangement applies to the recover of any other funds as a result of any post-petition actions of a credit or an credit bureau.**

In re    **Oxford University Club, LLC**                                    Case No.    **18-14993**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 19, 2019**                              **/s/ Robert Gambrell**
_____              _____
*Date*                                                    **Robert Gambrell 4409**
                                                           *Signature of Attorney*
                                                           **Gambrell & Associates, PLLC**
                                                           **101 Ricky D Britt Sr Blvd, Ste 3**
                                                           **Oxford, MS 38655-4236**
                                                           **662-281-8800  Fax: 662-202-1004**
                                                           **rg@ms-bankruptcy.com**
                                                           _____
                                                           *Name of law firm*

# United States Bankruptcy Court
### Northern District of Mississippi

| In re | Oxford University Club, LLC | | Case No. | 18-14993 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 19, 2019**              **/s/ Jorja Lynn**

                                          **Jorja Lynn**/**Managing Member**
                                          Signer/Title

AmeriPride
800 Vance Ave
Memphis, TN 38126


Armor Fire & Safety, Inc.
277 Hwy 315 E
Water Valley, MS 38965


AT&T Uverse
P.O. Box 5014
Carol Stream, IL 60197-5014


Bank of America
NC4-105-03-14
4161 Peidmont Parkway
Greensboro, NC 27410


Celtic Bank
268 S State St Ste 300
Salt Lake City, UT 84111


Centerpoint Energy
P.O. Box 4981
Houston, TX 77210


City of Oxford Electric Dept
PO Box 965
Oxford, MS 38655


Connie Braseth


Dell Financial
P. O. Box 6403
Carol Stream, IL 60197-6403


Estate of Michael Lynn, III
c/o Joel J Henderson, Esq.
P O Box 778
Greenville, MS 38702-0778


Evans Meats
PO Box 12164
Birmingham, AL 35202

Freeman Jetting Services, Inc.
706 Savannah
Oxford, MS 38655


Jorja Lynn
P O Box 4421
Glendale, CA 91222


Lafayette Co Tax Collector
300 N Lamar, Ste 103
Oxford, MS 38655


Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431


Magnolia Rental & Sales, Inc.
397 Hwy 6 West
Oxford, MS 38655


Matthew M. Moore, Esq.
P.O. Box 913
Oxford, MS 38655


Maxx South
105 Allison Cove
Oxford, MS 38655


Mendelson Law Firm
c/o Brie Wallace, Esq.
P.O. Box 17235
Memphis, TN 38187


Merchant Services
PO Box 6010
Hagerstown, MD 21741


MS Dept of Employment Security
Attn: Legal Department
P O BOX 1699
Jackson, MS 39215

MS Dept. of Revenue
Bankruptcy Section
P O Box 22808
Jackson, MS 39225-2808


Oxford Alarm & Communication
179 Hwy 6 East
Oxford, MS 38655


Oxford Floral Co.
1103 Jefferson Ave
Oxford, MS 38655


Oxford Square North, LLC
265 North Lamar
Oxford, MS 38655


Payliance
2 Easton Oval Ste. 310
Columbus, OH 43219


Prestox
PO Box 13848
Reading, PA 19612


Renasant Bank
Collection Recovery Dept
P.O. Box 4140
Tupelo, MS 38803


RJ Young Company
PO Box 415000
Nashville, TN 37241


Shelly Beard


SimplexGrinnell
Dept CH 10320
Palatine, IL 60055


Sneed's Ace Hardware
1400 University Avenue
Oxford, MS 38655

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735


Sysco Memphis, LLC
4359 B.F. Goodrich, Blvd
Memphis, TN 38118


Trisha Farrah


US Atty, ND of MS
(representing SBA)
900 Jefferson Ave.
Oxford, MS 38655


US Small Bus. Adm.
MS District Office
210 E Capitol, Ste 900
Jackson, MS 39201


Valentine & Kebartas, Inc
P.O. Box 325
Lawrence, MA 01842